437 A.2d 743

**COMMONWEALTH of Pennsylvania**

v.

**Eugene BLOCKER, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 22, 1981.

Decided Dec. 17, 1981.

Dennis J. Cogan, Philadelphia, (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Eric Beller, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

Judgments of Sentence affirmed.